**Order filed November 19, 2013.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00517-CV
_____

**EVERBANK, AS SUCESSOR BY MERGER OF EVERHOME MORTGAGE COMPANY, Appellant**

**V.**

**CARL D. SHAW, Appellee**

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2011-58741**

# O R D E R

On August 1, 2013, this court abated the appeal until November 7, 2013, and referred the parties to mediation. The order states, in pertinent part, "If mediation fully resolves the issues in the case, the court **ORDERS** the parties to file motion to dismiss the appeal or other dispositive motion on or before November 7, 2013." On November 1, 2013, the mediator filed a report stating the mediation resulted in a full resolution of the matters in dispute. To date, the parties have not filed a motion to dismiss or a request for additional time to file a dispositive motion.

Accordingly, we **ORDER** the parties to file a motion to dismiss, other dispositive motion, or a motion for an extension of time to file their dispositive motion within 10 days of the date of this order. *If the parties do not comply with this court's order within the designated time period, the court may dismiss the appeal.*


PER CURIAM